**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**

**M E M O R A N D U M**

Honorable Morrison C. England, Jr.
United States District Judge
Sacramento, California

                        RE:    **GUZMAN, JOHN**
                                **Docket Number:  2:95CR00263-002**
                                <u>**CONTINUANCE OF JUDGMENT**</u>
                                <u>**AND SENTENCE**</u>

Your Honor:

Per agreement with both counsel, it is respectfully requested that the above-referenced case be continued from August 9, 2005 to August 16, 2005 at 8:30 a.m.

**REASON FOR CONTINUANCE:**

The above matter was continued from July 26, 2005 to August 9, 2005.  Unfortunately, this date conflicts with a three-day training conference being held in Morro Bay for supervision probation officers.  To better serve the Court, the undersigned probation officer is respectfully requesting the matter be put over one week to August 16, 2005.

                                  Respectfully Submitted,

                                  /s/ Katerina M. Holland

                                **KATERINA M. HOLLAND**
                                United States Probation Officer

Dated:       August 4, 2005
               Fresno, California
               KMH:

Reviewed by:    /s/ Bruce Vasquez
                **BRUCE VASQUEZ**
                Supervising United States Probation Officer


__XX__   **Approved**

____    **Disapproved**


Dated: August 15, 2005

```
                                        _____
                                        MORRISON C. ENGLAND, JR
                                        UNITED STATES DISTRICT JUDGE
```

cc:   Docket Clerk
      William Wong, United States Attorney
      Peter Kmeto, Defense Counsel
      United States Marshal
      Court Clerk, Amanda Souvannarath
      Probation Office Calendar Clerk